Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW VAUGHAN,<br><br>　　　　　　Defendant. | No.  6:13-mj-028-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  November 22, 2013　　　　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Andrew Vaughan*, 6:13-mj-028-MJS, be dismissed, without prejudice, in the interest of justice and the Bench Trial set for February 6, 2014 at 9:00 AM is vacated.


IT IS SO ORDERED.

Dated:   November 22, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE